# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

| | | |
|---|---|---|
| **WILLIAM BONILLA BARRIOS,** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 5:26-CV-172** |
| | § | |
| **KRISTI NOEM, ET AL.,** | § | |
| | § | |
| Respondents. | § | |

## **ORDER**

Before the Court is Petitioner's First Amended Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Complaint for Declaratory and Injunctive Relief, (Dkt. No. 10), and Respondents' Motion for Summary Judgment, (Dkt. No. 11).

In Petitioner's First Amended Petition, he represents that "the [Board of Immigration Appeals (BIA)] removed [his] appeal from their active docket as a matter of docket control and the matter went dormant." (Dkt. No. 10 at 5). He also attaches a notice from the BIA stating that his case would "be taken off the Board's active docket on 1/6/2025, unless either party chooses to submit written notification to the Board to maintain the case on the Board's active docket." (Dkt. No. 10-5 at 1). In response to the petition, Respondents do not address the procedural posture of Petitioner's BIA appeal.

Accordingly, the Court **ORDERS** Respondents to file supplemental briefing by **March 9, 2026,** that addresses the status of Petitioner's pending BIA appeal and whether the status of that appeal renders Petitioner's detention indefinite. Petitioner may file reply briefing **by March 13, 2026,** on this issue.

It is so **ORDERED**.

**SIGNED** on March 3, 2026.

_____
John A. Kazen
United States District Judge